# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 03-3187-CV-S-RED |
| LONNIE R. PATTERSON, | ) ) ) |
| Defendant. | ) |

## ORDER

After a Motion to Modify Conditional Release was filed, this matter was called for a hearing on June 29, 2006, before the United States Magistrate Judge. The defendant was present telephonically and with his appointed counsel Ann M. Koszuth, Assistant Federal Public Defender. The United States was represented by Cynthia Hyde, Assistant United States Attorney.

The United States Magistrate Judge has completed his preliminary review of the Motion to Modify Conditional Release and has submitted a report and recommendation to the undersigned.

Defendant has filed exceptions to the report and recommendation of the United States Magistrate Judge in which he reiterates that he has been in compliance with his regimen of mental health treatment while residing at Generations of Monetta, and that he has been in compliance with all rules and regulations of the facility, except when too fatigued to do so. In addition, defendant states the evidence is insufficient to show that defendant's behavior warrants a modification of his conditions.

Because it is essential that defendant participate in counseling programs, and because he has failed to do so on a regular basis and has not been in compliance with all house rules, it is hereby

ORDERED that defendant's exceptions filed herein be, and are hereby, CONSIDERED and OVERRULED. It is further

ORDERED that defendant's conditional release be modified to include the following conditions:

1. Defendant will be admitted to an inpatient psychiatric facility in South Carolina.

2. Defendant will cooperate with staff and abide by the rules and regulations governing the facility. This includes taking medication and participating in treatment programming.

3. The state hospital will transition the defendant to the next level of care at their discretion. Upon discharge from the inpatient psychiatric facility, defendant will comply with the outpatient treatment program, to include recommendations regarding his residency, prepared for him by his treating clinicians and the United States probation office.

4. Defendant will continue to take medication, as ordered, and as may be adjusted by the treating psychiatrist at the inpatient facility or the outpatient mental health clinic.

5. Defendant will be supervised by the United States probation office responsible for the area in which he is residing. This includes his voluntary consent to release of information between the probation officer and treating mental health staff.

          S/ Richard E. Dorr
**RICHARD E. DORR,**
**UNITED STATES DISTRICT JUDGE**

Date: June 30, 2006